

# The Moorish Divine and National Movement

# Complaint

**Plaintiff** – Cedric Anu Bey

-v-.

**Defendant** – United States of America.

RECEIVED IN CLERK'S OFFICE
DATE 3/16/24

## 1 – Parties to this Complaint

### A – Plaintiff

**Name**  Cedric Anu Bey

**Address**  2206 Silverado Crescent

**City and Province** : Orleans, Ontario

**Postal Code:** K4A 4V2

**Country** : Canada

**Email** : cedricbey13@gmail.com

**Phone number** : 6132204001

### B – Defendant

The United States of America Federal Government.

## 2 – Basis for Jurisdiction

My name is Cedric Anu Bey. I am filing this case as a Moor, In Propria persona sui juris. I am proclaiming my birthrights inheritance as a Moor it is a matter of the Federal Court jurisdiction. The rights of the Moors/Moorish Americans are protected and guaranteed by the Treaty of Peace and Friendship 1786 Morrocco-U.S. The Treaty is the supreme law of the land, and all judges are bound by it. The United States has issued proclamations that recognize the Moorish Americans as the indigenous and aboriginal nation of the Continental Americas (North, Central and South America and the adjoining islands). I am a Moor that is domiciled in the territory of Canadian jurisdiction, but the United States are guarantors our rights and I need some accommodation.

## 3 – Statement of Claim

I am Cedric Bey, a Moor/ Moorish American, In propria Persona sui juris. I am claiming my birthright inheritance. I have the right to self-determination, and I am entitled the free access to resources and circulation on the land which is my ancestral estate. The Treaty of Peace and Friend 1786 Morrocco-US protects and guarantees the rights and status of Moors as a sovereign nation, Independent and foreign to the United States. The United States has issued proclamations titled "Moorish American Week" recognizing the Moors as the indigenous peoples of the continental Americas (North, Central, South Americas and the adjoining islands) and recognizing our universal right to self-determination.

## 4 - Relief

The relief that I am seeking is a written a court order from the judge. I have written a motion with all the points that I need the judge to include in the court order. I also have an affidavit to support my motion. It explains what I'm entitled to and why and it will allow me to exercise my rights. It's important for the judge to respect that I have the authority to govern myself on my land (the American Continent) and that the U.S government has the duty to honor my rights and my demands.

Date: 03/12/2024

Signature: Cedric Anu Bey   h