RECEIVED IN CLERK'S OFFICE
DATE 3|18|24

  

## The Moorish Divine and National Movement

## Public Proclamation

For the record, the Moorish Americans are aboriginal and indigenous to the territories of North, Central and South America and the adjoining Islands.

For the record, the Treaty of Peace and Friendship of 1786 between Morrocco and the United States of America, protects and guarantee the sovereignty of the Moors and their Independence to the United States Government.

For the record, the Moors have the universal right to Self-Determination, also guaranteed by the United Nations Declaration on the Rights of Indigenous Peoples.

I, formerly known as CÉDRIC ALEXANDRE TCHAMEN-POKE, proclaim myself a true Moor. Let the record show; my Free Moorish National appellation is Cedric Anu Bey.

For the Record, I, Cedric Anu Bey, am a Moor, a noble of the Moroccan Empire. I hold my allegiance to the five-pointed star, and I honor the principles of my foremothers and forefathers: love, peace, truth, freedom, and justice.

For the record, on the record, I, Cedric Anu Bey, am Heir to the Moroccan Empire, reclaiming my heritage and inheritance, honoring my ancestors and foremothers.

For the record, and on the record, I, Cedric Anu Bey, am a walking, talking, independent mortal man and a living spirit. I am created in the image of Hashem. I am a true Moor. I am not a resident Alien, and I am foreign to the U.S. and Canada.

For the record, I am not a person, corporation, or any other type of abomination. I am a man created by and in the image of our Father HASHEM, the Living HASHEM of Abraham, Isaac, and Israel, and Father of Yahushua HaMashiach.

For the record, and on the record, I, Cedric Anu Bey, am proclaiming my freedom, my nationality, and my birthrights inheritance 9.13.

On the record, and for the record, I, Cedric Anu Bey, have a right to a nationality. No one shall deprive me of that right per UN DRIPS Articles 2, 4, 6, 10, 13, 20, 33, 45, and 46.

For the record, I am a beneficiary of The Creator HASHEM'S Earth. I am a private dweller who is not for public use and foreign to UNITED STATES, INC.

For the record, I am who I say I am. I am a child of The Most Highs who has full legal rights to my identity.

For the Record, and on the Record, I, Cedric Anu Bey, take full ownership and mastership of the straw person, "CÉDRIC ALEXANDRE TCHAMEN-POKE," its commerce, trusts, estates, and fictitious holdings.

I, Cedric Anu Bey, am the owner of the fictitious name, CÉDRIC ALEXANDRE TCHAMEN-POKE. I proclaim it on the record and for the record.

On the Record, and for the Record, I, Cedric Anu Bey, am the sole beneficiary and administrator of the legal entity, CÉDRIC ALEXANDRE TCHAMEN-POKE, and all that is related to its existence.

For the record, all proclamations are agreements to compensate Cedric Anu Bey in the name of CÉDRIC ALEXANDRE TCHAMEN-POKE'S Estate for any unlawful acts.

For the record, and on the record, to rewrite my Indigenous Appellation is called Identity Theft and Assumption Deterrence Act, a federal crime.

For the record, on the record, any attempt to rewrite my title is to change the status of my Indigenous Appellation. It is an act of genocide.

For the record, I deny that I am an animal or a dead person in law. Plus, I do not do business or enter into transactions with animals.

For the record, I am NOT a 14th Amendment citizen of The U.S. or a Canadian citizen. I am a Moorish American National.

Let the record show; I dwell in an independent international location upon Continental Amexem, United States Minor Outlying Islands.

For the record, I am non-domestic to the District of Columbia and expressly reserving all Liberty.

Let the record show, this land you stand on is known as North Amexem (America) belongs to the Moroccan Empire and all surrounding islands, our Moor Estate.

For the record, on the record, let the record show, any misuse/translation of my speech is an act of discrimination according to D.R.I.P.S, Articles 12-15 and 17.

For the record, on the record, let the record show, I have the right of self-identity according to DRIPS, Articles 2, 6 – 10, 20, 33, 45, and 46.

For the record, I hereby void all contracts, vows, pledges, and agreements. Plus, I void any entrapment and promises, consciously or subconsciously, made by me detrimental to me 9.13.

For the record, I, Cedric Anu Bey, am a Moorish American National (MAN) and not a U.S. or Canadian citizen. Moors cannot be corporate chattel property by law. I am a free moor, and I do not consent to slavery practices.

For the record, and on the record, any unlawful act against a Moorish National is a Federal Crime and will get a fine of $750,000 or more.

For the record, and on the record, I am a True Moor, a sentient being and not an artificial person or entity. I AM NOT Black, Negro, African American, Hispanic, or Latino. I am a true Moor of the Immortal G-Ds, El Elyon, Elohim, and Hashem.

For the record: I am NOT human and do not consent to human rights. I only have G-D given rights supported by D.R.I.PS. Plus, the Zodiac Constitution by C.M. Bey ©aa222141/library of Congress, Washington, D.C. U.S. Chapter 2, title 22 sec .141 of the U.S. Constitution supports my rights.

For the Record, my Blood, DNA, Fingerprints, and Body Fluids are Sacred. Thievery and use without my consent are unmerciful and will get a fine of $1,000,000 9.13.

For the record, on the record, FEMA camps, vaccinations, RFID chips, and microchips are against my rights according to United Nations D.R.I.P.S., Articles 7, 8, and 10

For the Record, I, Cedric Anu Bey, am NOT affiliated with any religious faction. I AM a child of The Most Highs. My turban and crown show my devotion to the creator.

I, Cedric Anu Bey - Reserve All Rights to any Social Media Account I Use that Offer Terms & Conditions UCC 1-308; UCC 1-103, UCC 1-207

For the record, and let the record show, I reserve my rights WITHOUT PREJUDICE UCC 1- 308. ~Cedric Anu Bey.

Cedric Nexandre Tchamen-Puhe

Signature: Cedric Anu Bey

Sworn before me in the city of Ottawa in the providence of Ontario this 12 day of March 2024

My commission does not expired

Ossama Daouk
NOTARY PUBLIC
(ONTARIO) P 11622

