

# The Moorish Divine and National Movement

## Notice of Motion

**Plaintiff** – Cedric Anu Bey

    -v-.

**Defendant** – United States of America.


My name is Cedric Anu Bey, I am Moor, a Moorish American national, In propria persona sui juris. I am proclaiming my birthright inheritance.

I am writing this motion because I need a written court order from the judge.

I will state all the facts and information that I need to be included in the court order. This court order will allow me to exercise my rights.

I also have an affidavit of facts to support this motion and to be entered in the registry.

As a Moorish American, it is my right to demand to the courts of the United States government to honor my rights because we (Moors) have a Treaty with the United States of America.

Here are all the facts:

- The Treaty of peace and friendship 1786 Morrocco-U.S protects and guarantees the rights and the status of Moors as a sovereign nation, independent and foreign to United States' Jurisdiction.
- The Treaty of Peace and Friendship 1786 Morroco-Us is the document that first recognized and gave the United States government it's authority on the land, on the American Continent.
- As per Article 6 of the Constitution for the United States of America, the Treaty is the supreme law of the land.

- The United States has also issued proclamations titled "Moorish American Week" that recognize the Moors as the indigenous and aboriginal peoples of the American continent (North, Central and South America and the adjoining islands). The proclamation recognizes our universal right to self-determination.
- With that right to self-determination, I, Cedric Anu Bey have proclaimed my nationality as Moor/Moorish America for the record. I am pledging my allegiance to the Moroccan Empire.
- I, Cedric Anu Bey, am a Moor/Moorish American, In propria persona sui juris. For the record, on the record
- I am proclaiming my inheritance to my ancestral estate, the continental Americas.
- I am entitled to the free access to land and resources here on my land in America.
- Today the access to resources on the American continent is controlled by the foreign governments and their money/currency systems.
- The U.S government has its own banking system (Federal Reserve Banking) which controls the access to resources on their part of the American/Al Moroccan continent. It is explained partly in "United States Congressional Record, March 17, 1993 Vol. 33, page H-1303".
- So, the institution of the United States Government is a trust. Politicians and government employees are public trustees, and the people are the beneficiaries of that trust.
- In 1933, the United States government declared bankruptcy with the Emergency "Emergency Banking Act, March 9, 1933 - HJR-192 and suspended the Gold Standard. In order to receive financing after the bankruptcy, the U.S government hypothecated the land, resources, all private property and federal territories to the Federal Reserve Bank.
- Now, the Federal Reserve holds the legal title as trustee of the U.S government and the people are beneficiaries.
- The Federal Reserve bankers and the private U.S bankers have the duty to print the money/currency as trustees. That money/currency (the U.S Dollar) is what allows people to acquire property or resources for themselves. The banks manage the access to resources.
- The U.S government (and every other government in the world with central banking) is set up as a joint stock trust. The legal identity of the people is a trust, a commercial entity, separate from the Natural being. That entity is registered with the Federal Reserve/IRS system via SSN or ITIN number depending on the legal status (resident, citizen, etc). Companies (Businesses) are registered with the EIN number.
- The Natural Person is the beneficiary of that trust (the legal identity) via their birth certificate, or any certificate of legal status with their name on it. For companies, the owner or shareholders are the beneficiaries.
- The money/currency in the economy is generated from those trusts. The bankers (trustees) print/create money by issuing loans, personal and commercial. The Digital currency is deposited in the bank account of those entities, then people exchange money between themselves for resources and property. That's how

the economy functions. The bankers are able to generate an unlimited amount of money/credit, because it's created out of nothing.
- Those trusts are the inheritance of the people because the money/currency that they generate is the access to resources.
- Now, I have proclaimed my birthright inheritance. I, Cedric Anu Bey, I've got a legal identity as a Canadian citizen under the name CEDRIC ALEXANDRE TCHAMEN-POKE.
- I have registered CEDRIC ALEXANDRE TCHAMEN-POKE as a sole proprietorship owned by Cedric Anu Bey in the province of Ontario, in Canada.
- I have gotten an EIN number for CEDRIC ALEXANDRE TCHAMEN-POKE setting up at trust with the Federal Reserve/IRS.
- I, Cedric Anu Bey, am the trustor of CEDRIC ALEXANDRE TCHAMEN-POKE. I am also the executor and the beneficiary.
- My trust of CEDRIC ALEXANDRE TCHAMEN-POKE is my inheritance and it can generate an unlimited amount of U.S Dollars in any U.S banks. It provides access to resources.
- I am the trustee of CEDRIC ALEXANDRE TCHAMEN-POKE, because I am Moor, I have the right to govern myself and I am the beneficiary as I am entitled to free access to resources.
- It is worth mentioning that the Moors have nobility titles: Bey, Dey, El, Ali that put us in the status of a noble Moor, when added to our appellation. Those titles were established by Noble Drew Ali, the last patriarch of Moorish Nation. Since I am a Bey myself and I own CEDRIC ALEXANDRE TCHAMEN-POKE, I am the lawful executor of that trust by default.

Date: 03/12/2024

Signature: Cedric Anu Bey