UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CEDRIC ANU BEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES of AMERICA, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 24-10708-FDS |

### ORDER

**SAYLOR, C.J.**

On March 18, 2024, Cedric Anu Bey initiated this action seeking a declaration that he possesses certain rights based on his ethnicity and citizenship. On June 6, 2024, he also filed an amended complaint reiterating the same claims.

On April 26, 2024, Magistrate Judge Donald L. Cabell issued a Report and Recommendation advising that the action be dismissed in its entirety for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The magistrate judge directed Bey to file any objections to the recommendation of dismissal within 14 days of service in accordance with Fed. R. Civ. P. 72(b). Plaintiff has not filed any objections to the Report and Recommendation, and the time to do so has expired.

As a preliminary matter, although plaintiff has filed an amended complaint since Magistrate Judge Cabell issued the Report and Recommendation, he failed to comply with Fed. R. Civ. P. 15(a), which would permit plaintiff to amend the complaint within 21 days of filing the original complaint, or later with defendants' consent or leave of the court—none of those

conditions were met here.  However, because the amended complaint essentially reiterates the same facts and claims raised in the original complaint, the magistrate judge's opinions apply equally to either pleading.  The Court will therefore consider those recommendations as they concern the amended complaint.

Upon review and careful consideration of the Report and Recommendation of the Magistrate Judge, the Court hereby ADOPTS the recommendation in its entirety.  *See* 28 U.S.C. § 636(b)(1).  Accordingly, the action is DISMISSED, and the pending motions are DENIED as moot.  The clerk is directed to enter a separate order of dismissal.

**So Ordered.**

|  |  |
|---|---|
| Dated:  June 14, 2024 | /s/ F. Dennis Saylor IV<br>F. Dennis Saylor IV<br>Chief Judge, United States District Court |