

## The Moorish Divine and National Movement

## Motion for issuance of court order

**Plaintiff** – Cedric Anu Bey

-v-.

**Defendant** – United States Federal Government.

My name is Cedric Anu Bey, I am Moor, a Moorish American national, In propria persona sui juris. I am proclaiming my birthright inheritance.

This motion is written for the purpose of getting a court order from a judge. Getting this court order is necessary for me to claim the rights that I am entitled to as a Moor.

I will state all information and the facts that need to be included in the court order.

I also have an affidavit of facts to support this motion and to be entered into the record.

As a Moorish American, it is my right to demand to the courts of the United States government to honor my rights because our status as the Aboriginals and sovereign peoples of the land and because have a Treaty with the United States of America.

Here are all the facts:

- The Treaty of peace and friendship 1786 Morrocco-U.S protects and guarantees the rights and the status of Moors as a sovereign nation, independent and foreign to United States' Jurisdiction.
- The Treaty of Peace and Friendship 1786 Morroco-Us is the document that first recognized United States government and that gave the U.S it's authority on the on the American Continent.
- As per Article 6 of the Constitution for the United States of America, the Treaty is the supreme law of the land.

- The United States has also issued proclamations titled "Moorish American Week" that recognize the Moors as the indigenous and aboriginal peoples of the American continent (North, Central and South America and the adjoining islands). The proclamation recognizes our universal right to self-determination.
- With that right to self-determination, I, Cedric Anu Bey have proclaimed my nationality as Moor/Moorish America for the record. I am pledging my allegiance to the Moroccan Empire.
- I, Cedric Anu Bey, am a Moor/Moorish American, In propria persona sui juris. For the record, on the record
- I am proclaiming my inheritance to my ancestral estate, the continental Americas.
- I am entitled to the free access to land and resources here on my land in America.
- Today the access to resources on the American continent is controlled by the foreign governments and their money/currency systems.
- The U.S government has its own banking system (Federal Reserve Banking) which controls the access to resources on their part of the American/Al Moroccan continent. It is explained in "United States Congressional Record, March 17, 1993 Vol. 33, page H-1303".
- The institution of Government is a trust. The United States Government employees and politicians are public trustees, and the American people are the beneficiaries of that trust.
- In 1933, the United States government declared bankruptcy with the Emergency "Emergency Banking Act, March 9, 1933 - HJR-192 and suspended the Gold Standard. In order to receive financing after the bankruptcy, the U.S government hypothecated the land, resources, all private property and federal territories to the Federal Reserve Bank.
- Now, the Federal Reserve holds the legal title of U.S government as trustees, and the American people are beneficiaries.
- The Federal Reserve bankers and the private U.S bankers have the duty to print the money/currency as the trustees. That money/currency (the U.S Dollar) is what gives people access to property or resources for themselves. The banks manage the access to resources.
- The U.S government (and every other government in the world with central banking) is set up as a joint stock trust. The legal identity of the people is a trust, a commercial entity, separate from the Natural being. That entity is registered with the Federal Reserve/IRS system via SSN or ITIN number depending on the legal status (resident, citizen, etc). Companies (Businesses) are registered with the EIN number.
- The Natural Person is the beneficiary of that trust (the legal identity) via their birth certificate, or any certificate of legal status with their name on it. For companies, the owner or shareholders are the beneficiaries.
- The money/currency in the economy is generated from those trusts. The bankers (trustees) print/create money by issuing loans, personal and commercial. The Digital currency is deposited in the bank account of those entities, then from

- those funds people exchange money between themselves for resources and property. That's how the economy functions. The bankers are able to generate
- an unlimited amount of money/credit because it's created out of nothing.
- Those trusts are the inheritance of the people because the money/currency that they generate is the access to resources.
- I, Cedric Anu Bey have proclaimed my birthright inheritance. My legal identity as a Canadian citizen is under the name CEDRIC ALEXANDRE TCHAMEN-POKE.
- I, Cedric Anu Bey have registered CEDRIC ALEXANDRE TCHAMEN-POKE as my business name in the province of Ontario, in Canada.
- Moorish American have Nobility titles; Bey, Dey, El, Ali, that were established by Noble Drew Ali, the last patriarch of the Moorish Nation (See "Moorish American Week" Proclamations). Correcting our name and adding the nobility title puts us back in the jurisdiction of the Moors as the sovereigns. Cedric Anu Bey is my free national name and
- I, Cedric Anu Bey have gotten an EIN number for CEDRIC ALEXANDRE TCHAMEN-POKE setting up at trust with the Federal Reserve/IRS.
- I, Cedric Anu Bey, am the trustor of CEDRIC ALEXANDRE TCHAMEN-POKE. I am also the executor and the beneficiary.
- My trust of CEDRIC ALEXANDRE TCHAMEN-POKE is my inheritance and it can generate an unlimited amount of U.S Dollars in any U.S banks. It provides access to resources.
- I, Cedric Anu Bey am the trustee of CEDRIC ALEXANDRE TCHAMEN-POKE, because I am the sovereign and I have the right to govern myself and my estate.
- I, Cedric Anu Bey, have the right and the authority to generate funds (U.S Dollars) through my Trust of CEDRIC ALEXANDRE TCHAMEN-POKE for me to access resources and property.
- I, Cedric Anu Bey, have the right and the authority to demand any U.S Bank to deposit U.S Dollars in the bank account of CEDRIC ALEXANDRE TCHAMEN-POKE for any amount I demand and whenever I please.

A court order that explains the facts mentioned in this motion will allow me to go to the bank in person and demand bankers to allocate funds to my bank account. This is the way I can claim my sovereign rights that I am entitled to.

Date: 05/07/2024

Signature: *Cedric Anu Bey*