

## The Moorish Divine and National Movement

## Correction of documents filing



**Plaintiff** – Cedric Anu Bey

-v-.

**Defendant** – United States Federal Government.

1 – Notice of Motion that was entered in the record on 03/20/2024 is not actually a "Notice of Motion" but an actual Motion. Please remove it from the record and enter my Motion titled "Motion for issuance of court order".

2 – Please enter into the record my Affidavit of facts "Public Proclamation" in support of my motion.

Date: 05/07/2024

Signature: Cedric Anu Bey